FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
4962 El Camino Real, Ste. 104
Los Altos, CA 94022
Telephone (650) 964-8901

Attorney for Plaintiff
Ruby Church

Raymond F. Lynch, State Bar #119065
Gilbert J. Tsai, State Bar #247305
Hanson Bridgett LLP
425 Market St., 26th Floor
San Francisco, CA 94105
Telephone (415) 777-3200

James F. Mahoney (admitted pro hac vice)
Griffith Jacobson, LLC
55 W. Monroe St., Ste. 3550
Chicago, IL 60603
Telephone (312)236-8110

Attorneys for Defendant
Covenant Aviation security, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY CHURCH,<br><br>    Plaintiff,<br>vs.<br>COVENANT AVIATION SECURITY, LLC and DOES 1-50 inclusive,<br><br>    Defendants. | Case No. C14-05522 EMC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST TO RESCEDULE CASE MANAGEMENT CONFERENCE** |

Pursuant to Northern District Court Rule 16.1, Plaintiff and Defendant by and through their respective counsel jointly submit this Updated Joint Case Management Statement and Request to Reschedule Case Management Conference. They submit this Court to adopt it as the Case

1

Management Order in this case.

The parties have conducted preliminary discovery. Having conferred on their respective settlement positions, counsel believe that additional discovery is needed before a mediation would be productive. In addition, counsel jointly request that the case management conference presently set for August 20th be rescheduled.

Plaintiff's counsel, Mr. Mayo is scheduled to be out of town from August 19th through August 30th and will be unable to attend on the presently scheduled date. Defendant's counsel, Mr. Mahoney will be out of the country from September 5, 2015 until September 29, 2015 and will be unable to attend or appear during that time.

The parties, therefore, request the Court to set a case management conference on a date convenient to the Court in October 2015 for the purpose of further scheduling.

August 13, 2015

          /S/
          Frank E. Mayo, Attorney for
          Plaintiff Ruby Church

August 13, 2015

          /S/
          James E. Mahoney, Attorney for
          Defendant Covenant Aviation Security LLC

[~~Propo~~sed] ORDER

The Case Management Statement and proposed request for Order to continue this Case Management Conference are hereby adopted by the Court and a date convenient to the Court for the rescheduled Case Management Conference is set for October 15, 2015 at 10:30 a.m. An updated joint CMC statement shall be filed by October 8, 2015.

SO ORDERED:

Dated: August ~~13~~ 17, 2015

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

JOINT CASE MANAGEMENT STATEMENT